IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 05-MJ-07-08 (CWH) |
| **LYNN Y. GOODE**, | **VIOLATION: 18 U.S.C. §641** |
| Defendant | |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #4) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. The within proceeding is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 14th day of OCTOBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE